**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Ellean Nance

                                  Plaintiff,

v.                                                                              Case No.: 1:22−cv−04124
                                                                             Honorable Steven C. Seeger

Illinois Department of Corrections, et al.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 5, 2025:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Motion hearing held on 2/5/25.Defendant Wexford's Motion for Leave to File Rule 26(a)(2)(C) Disclosure [133] is granted for the reasons stated on the record and over Plaintiff's stated objection that the disclosure comes too late. Wexford is permitted to disclose Dr. Henze as a Rule 26(a)(2)(C) witness and shall provide Plaintiff with its Rule 26(a)(2)(C) expert disclosure by 2/14/25. Wexford shall include in its disclosure the facts or data considered by the witness in forming the disclosed opinions. In lieu of deposing Dr. Heinze given that Plaintiff currently is incarcerated and lacks funds necessary to depose the witness before an official court reporter, Plaintiff may serve written questions to Dr. Heinze by 3/14/25 by filing them via the CM/ECF system. The parties shall file a joint status report on the status of expert discovery by 3/31/25 that includes whether Dr. Heinze has responded to Plaintiff's questions and, if not, a date by which responses will be served. A telephone status hearing is set for 4/9/25 at 10:45 a.m. Defense counsel shall arrange for Plaintiff to appear by telephone at the next hearing. The call−in number is 650−479−3207 and the Access code: 180 946 2499. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.