PC SCAN

FILED
3/18/2025
LJ
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Ellean Nance #B-60068,
    Plaintiff,

v.                        Case No. 22cv04124

Illinois Department of
Corrections, et al.,
    Defendants.

### Plaintiff's Questions for Wexford's Rule 26(a)(2)(C) Witness

    Plaintiff, Ellean Nance #B-60068, and pursuant to Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure, hereby submitted the following questions to the witness for evidence in this matter under Federal Rules of Evidence 702, 703, and 705:

<u>Marlene Henze, M.D.</u>

    1. State the highest percentage of a PCR (polmerase chain reaction) false negative rate in March and April of 2020.
ANSWER.

    2. State the shortest period of time covid viral RNA remain in the body in March and April of 2020.
ANSWER.

    3. Can covid viral RNA be undetected in the blood after two weeks?
ANSWER.

    4. Can long covid symptoms such as shortness of breath last for years after initial infection?
ANSWER.

    5. Can Covid-19 cause lung damage?
ANSWER.

1.

6. Can people with underline conditions, such as asthma develop severe lung damage from Covid-19?

ANSWER.

*Ellean N*

Ellean Nance #B-60068
P.O. Box 999
Canton, Illinois 61520

2.